Charles Chesnutt
2608 Hibernia St.
Dallas TX 75204

Council for Saleem Tareen

**UNITED STATES OF AMERICA
NORTHERN DISTRICT COURT
FORT WORTH DIVISION**

IN RE:                                                                                    4:23-CV-00561

      ASIM A. RAHIM

DEBTOR

_____

LUCKY INVESTMENTS, INC.
Plaintiff

v

ASIM A. RAHIM and NINA MEHWISH
Defendants

**EXPLANATION AS TO LATE FILING**

Now comes Charles Chesnutt into court and offers the following explanation as to why the Designation of Record was filed on June 20 rather than June 19.

June 19th was a federal holiday; it was "junetenth" and all papers due on that day were due the following day. The clerk's office was closed and not available for help which council needed. It was on the following day that he was able to obtain the help necessary. He was informed that the document (the Designation of Record) was not filed normally but under a different name. So, he filed the document as instructed.

Respectfully submitted by,

Charles R. Chesnutt

2608 Hibernia St.
Dallas TX  75204

972-248-7000

## Certificate

The undersigned hereby certifies that a copy of the above and foregoing was delivered to the undersigned on June 26, 2023.

Clayton L. Everett
Norred Law, PLLC
515 E. Border St.
Arlington TX 76010

Charles R. Chesnutt